PER CURIAM
This is an appeal from the trial court’s order below granting in part and denying *488 in. part'Appellant’s motion to correct illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a). On. appeal, Appellant argues that the. trial court erred when it modified his sentence without holding a resentencing hearing, We agree, and remand for resentencing. See §' 775;082(3)(c), Fla. Stat. '(2016); § 921.l402(2)(d), Fla. Stat. (2016); see also Kelsey v. State, 206 So.3d 5, 10-11 (Fla. 2016) (“Because we determine that resen-tencing is the appropriate remedy, the trial courts may embrace all of the provisions of chapter 2014-220 [which was codified in sections 775.082, 921.1401, and 921.1402, Florida Statutes] and are not required to limit themselves to only applying the judicial review provision.”). The trial court’s order is otherwise affirmed.
AFFIRMED IN PART; REVERSED IN PART; AND REMANDED.
TORPY, EVANDER, and EISNAUGLE JJ., concur.